**Order entered September 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00898-CV

### IN RE HOUSE OF RAEFORD FARMS, INC., FIELDALE FARMS CORPORATION OZARK MOUNTAIN POULTRY, INC. Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00698-A**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator House of Raeford Farms, Inc.'s July 30, 2019 petition for writ of mandamus, relator Fieldale Farm Corporation's August 13, 2019 joinder to the petition, and relator Ozark Mountain Poultry, Inc.'s August 28, 2019 joinder to the petition. We **DENY AS MOOT** Fieldale Farm Corporation's August 16, 2019 motion for stay of the October 29, 2019 trial in the underlying proceeding and House of Raeford Farms Inc.'s joinder to the motion for stay.

/s/    DAVID L. BRIDGES
        JUSTICE